**LITE DEPALMA GREENBERG, LLC**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
*Attorneys for Plaintiff*

RECEIVED

OCT 04 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELYSEE NICOLAS, Individually and as representative of a class of participants and beneficiaries on behalf of the Princeton University 403(b) Plan,<br><br>*Plaintiff*,<br><br>v.<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>*Defendant.* | Civil Action No.: 17-3695 (AET)(DEA)<br><br>**JOINT STIPULATION AND ORDER** |

### JOINT STIPULATION REGARDING MOTION FOR RECONSIDERATION AND FILING OF AMENDED COMPLAINT

Counsel for the parties, having met and conferred, hereby stipulate to the following adjustments to the Court's September 25, 2017 Amended Scheduling Order, ECF No. 15:

1. Defendant shall have until October 31, 2017 to file a Motion for Reconsideration of the Court's September 19, 2017 Order, ECF No. 11, as modified by the Court's September 25, 2017 Amended Opinion, ECF No. 14, denying in part and granting in part Defendant's Motion to Dismiss;

2. Plaintiff shall file an opposition to Defendant's Motion for Reconsideration by **November 21, 2017;**

3. Defendant shall not submit a reply brief in support of its Motion for Reconsideration; and

706863.2

4. Plaintiff is granted leave to amend his complaint no later than **fourteen (14) days** after the Court issues a decision on Defendant's Motion for Reconsideration.

**AGREED TO BY:**

| | |
|---|---|
| **LITE DEPALMA GREENBERG, LLC** | **PROSKAUER ROSE LLP** |
| */s/ Joseph J. DePalma* | */s/ Neil V. Shah* |
| Joseph J. DePalma | Neil V. Shah |
| 570 Broad Street, Suite 1201 | One Newark Center |
| Newark, NJ 07102 | Newark, NJ 07102 |
| Phone: (973) 623-3000 | Telephone: (973) 274-3200 |
| Email: jdepalma@litedepalma.com | Facsimile: (973) 274-3299 |
| | Email: nshah@proskauer.com |
| **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP** | **PROSKAUER ROSE LLP** |
| Garrett W. Wotkyns | Myron D. Rumeld |
| Michael McKay | Deidre A. Grossman |
| John J. Nestico | Eleven Times Square |
| 8501 N. Scottsdale Road, Suite 270 | New York, NY 10036 |
| Scottsdale, Arizona 85253 | Telephone: (212) 969-3021 |
| Telephone: (480) 428-0145 | Facsimile: (212) 969-2900 |
| Facsimile: (866) 505-8036 | Email: mrumeld@proskauer.com |
| Email: gwotkyns@schneiderwallace.com | Email: dagrossman@proskauer.com |
| Email: mmckay@schneiderwallace.com | |
| Email: jnestico@schneideiwallace.com | |
| | **PROSKAUER ROSE LLP** |
| **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP** | Howard Shapiro |
| Todd Schneider | Stacey C.S. Cerrone |
| 2000 Powell Street, Suite 1400 | Tulio D. Chirinos |
| Emeryville, California 94608 | 650 Poydras Street, Suite 1300 |
| Telephone: (415) 421-7100 | New Orleans, LA 70130 |
| Facsimile: (415) 421-7105 | Telephone: (504) 310-4088 |
| Email: tschneider@schneiderwallace.com | Facsimile: (504) 310-2022 |
| | Email: howshapiro@proskauer.com |
| **BERGER & MONTAGUE, P.C.** | Email: scerrone@proskauer.com |
| Todd S. Collins | Email: tchirinos@proskauer.com |
| Shanon J. Carson | |
| Ellen T. Noteware | *Attorneys for Defendant* |
| 1622 Locust Street | |
| Philadelphia, PA 19103-6365 | |
| Email: tcollins@bm.net | **SO ORDERED,** |
| Email: scarson@bm.net | |
| Email: enoteware@bm.net | *[signature]* |
| | Honorable Anne E. Thompson, U.S.D.J. |
| *Attorneys for Plaintiff* | |

706863.2