

570 Broad Street / Suite 1201 / Newark, NJ 07102
**P:** 973.623.3000 / **F:** 973.623.0858 / litedepalma.com

Newark | Philadelphia

April 14, 2020

**VIA ECF**
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *Elysee Nicolas v. The Trustees Of Princeton University*
      Civil Action No. 17-3695 (AET)(DEA)

Dear Judge Arpert:

  The parties jointly write to apprise the Court of the status of the above matter. The parties have now reached an agreement in principle on all substantive terms with respect to the settlement, including therapeutic relief. We anticipate providing the defendant a draft of the settlement papers by next week. We will continue to update the Court as to the status of the settlement.

          Respectfully,

          */s/ Joseph J. DePalma*

          Joseph J. DePalma

JJD:emp

cc: All Counsel (via ECF)

821913.2