**LITE DEPALMA GREENBERG, LLC**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELYSEE NICOLAS, Individually and as representative of a class of participants and beneficiaries on behalf of the Princeton University 403(b) Plans,<br><br>*Plaintiff*,<br><br>v.<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>*Defendant*. | Civil Action No.: 17-3695 (AET)(DEA)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Elysee Nicolas ("Plaintiff"), individually and on behalf of all others similarly situated, moves this Court pursuant to Federal Rules of Civil Procedure 23 for an Order granting final approval of the parties' proposed class action settlement for $5,800,000 plus therapeutic relief (the "Settlement").

This motion is made pursuant to Federal Rule of Civil Procedure 23(e), this Court's Order Preliminarily Approving Settlement dated August 31, 2020 (ECF No. 62), and the Stipulation of Settlement (the "Settlement Agreement") (ECF No. 59-

1). The motion is based on the accompanying Memorandum of Law and the authorities cited therein, the declaration of Todd S. Collins, the Settlement Agreement, and all files, records and proceedings in this matter.

WHEREFORE, Plaintiff respectfully requests that the Court grant his Unopposed Motion and enter the proposed Order attached as Exhibit 3 of the Settlement Agreement.

Dated:  November 24, 2020                LITE DEPALMA GREENBERG LLC

s/*Joseph J. DePalma*
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ  07102
Telephone:  (973) 623-3000
Facsimile:  (973) 623-0858
jdepalma@litedepalma.com

Todd S. Collins
Ellen T. Noteware
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103-6365
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604
tcollins@bm.net
enoteware@bm.net

John J. Nestico
SCHNEIDER WALLACE COTTRELL KONECKY LLP
6000 Fairview Ave., Suite 1200
Charlotte, NC 28211
Telephone: (510) 740-2946
Facsimile: (866) 505-8036
jnestico@schneiderwallace.com

Todd Schneider
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California  94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2020, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Joseph J. DePalma*
Joseph J. DePalma
