**LITE DEPALMA GREENBERG, LLC**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELYSEE NICOLAS, Individually and as representative of a class of participants and beneficiaries on behalf of the Princeton University 403(b) Plans, | Civil Action No.: 17-3695 AET-DEA |
| *Plaintiff,* | **PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEY'S FEES, EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARD** |
| v. | |
| THE TRUSTEES OF PRINCETON UNIVERSITY, | |
| *Defendant.* | |

Plaintiff Elysee Nicolas ("Plaintiff") respectfully moves this Court for an Order awarding: (1) attorney's fees in the amount of $1,933,333 (one-third of the Settlement Fund) to Class Counsel; (2) reimbursement of $32,389.21 in expenses that Class Counsel incurred in connection with this action, including $15,000 to the Independent Fiduciary retained pursuant to the terms of the Settlement; and (3) a service award in the amount of $7,500 to Plaintiff as the named Class Representative.

This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and the Stipulation of Settlement (the "Settlement Agreement") (ECF No. 59-1). The motion is based on the accompanying Memorandum of Law and the authorities cited therein, the declarations of Todd S. Collins, John Nestico, and Joseph DePalma and exhibits attached thereto, the Settlement Agreement, and all files, records and proceedings in this matter.

Counsel for Plaintiff has conferred with counsel for Defendant regarding this motion and have been advised that Defendant does not oppose this motion as parties to the Settlement.

| | |
|---|---|
| Dated: November 24, 2020 | LITE DEPALMA GREENBERG LLC |
| | |
| | s/*Joseph J. DePalma* |
| | Joseph J. DePalma |
| | 570 Broad Street, Suite 1201 |
| | Newark, NJ  07102 |
| | Telephone:  (973) 623-3000 |
| | Facsimile:  (973) 623-0858 |
| | jdepalma@litedepalma.com |
| | |
| | Todd S. Collins |
| | Ellen T. Noteware |
| | BERGER MONTAGUE PC |
| | 1818 Market Street, Suite 3600 |
| | Philadelphia, PA 19103-6365 |
| | Telephone:  (215) 875-3000 |
| | Facsimile:  (215) 875-4604 |
| | tcollins@bm.net |
| | enoteware@bm.net |

John J. Nestico
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
6000 Fairview Ave., Suite 1200
Charlotte, NC 28211
Telephone: (510) 740-2946
Facsimile: (866) 505-8036
jnestico@schneiderwallace.com

Todd Schneider
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2020, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Joseph J. DePalma*
Joseph J. DePalma